Form 3A
(10/05)

# United States Bankruptcy Court
District Of _____Illinois_____

In re _RUBY WILKERSON_  
Debtor

Case No. _08-18513_

Chapter _7_

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ _299_ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ ~~79~~ 74.75    Check one ☐ With the filing of the petition, or
                              ☐ On or before _____

   $ 74.75  on or before _AUG. 18TH_
   $ 74.75  on or before _SEPT. 18TH_
   $ 74.75  on or before _OCT. 17TH_

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____    _____    _Ruby Wilkerson_    _____
Signature of Attorney      Date       Signature of Debtor  Date
                                      (In a joint case, both spouses must sign.)

_____
Name of Attorney

                          _____    _____
                          Signature of Joint Debtor (if any)  Date

# FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JUL 1 8 2008

KENNETH S. GARDNER, CLERK
PS REP. - DDS

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
_____ District Of _____Illinois____

In re  RuBy WilkeRsoN  ,
                Debtor

Case No. 08-18513

Chapter  7

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____    Check one ☐    With the filing of the petition, or
                              ☐    On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

**KENNETH S. GARDNER**
Clerk, U.S. Bankruptcy Court

Date: _____

_____
Kenneth S. Gardner, Clerk of the Court